IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR94 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDWARD ANTHONY SNAKE, | ) | |
| | ) | |
| Defendant. | ) | |

      This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Edward Anthony Snake (Snake) (Filing No. 15). Ms. Hansen represents she has a conflict of interest in this matter as she recently determined she represents another person who may have an adverse interest to that of Snake. Ms. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 15) is granted. Matthew M. Munderloh, P.O. Box 62, Oakland, NE 68045, (402) 685-5647, is appointed to represent Snake for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Hansen shall forthwith provide Mr. Munderloh with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Hansen which are material to Snake's defense.

      The clerk shall provide a copy of this order to Mr. Munderloh, and he shall file his appearance forthwith.

      Snake will be given **until May 11, 2008**, in which to file any pretrial motions in accordance with the progression order (Filing No. 11). The ends of justice have been served by granting such additional time to file pretrial motions and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting such time, i.e., the time between **March 20, 2008 and May 11, 2008**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18

U.S.C. § 3161(h)(8)(A) & (B).   The trial of this matter will be rescheduled following the disposition of any pretrial motions or the expiration of the pretrial motion deadline.

**IT IS SO ORDERED.**

DATED this 20th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge